

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00219-CV

| | | |
|---|---|---|
| Steven Charles Russo | § | From the 211th District Court |
| | § | of Denton County |
| v. | § | (2010-30194-211) |
| | § | October 13, 2016 |
| Derek A. Adame and Kelly Goodness, M.D. | § | |
| | § | Opinion by Justice Gardner |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part.

We affirm that part of the trial court's judgment granting summary judgment for Derek A. Adame and Kelly Goodness, M.D. on Steven Charles Russo's libel claims. We reverse that part of the trial court's judgment granting summary judgment for Derek A. Adame on Steven Charles Russo's claims for legal malpractice and for violations of the Texas Disciplinary Rules of Professional Conduct. We remand the case to the trial court for further proceedings consistent with the opinion.

It is further ordered that Appellee Derek A. Adame shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner